IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60435

**TUCKER LAW, P.A.**,

    **Plaintiff,**

v.

**TUCKER LAW GROUP, P.A.**, *et al.*,

    **Defendants.**

## NOTICE OF FLING SUMMONS FOR ISSUANCE

**COMES NOW**, the Plaintiff, TUCKER LAW, P.A., by and through undersigned counsel, hereby files this Notice of Filing Summons for Issuance with included Summons to be issued by the clerk.

Dated: March 2, 2022

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*